■ In the Matter of the Claim of BRUCE STEVENS, Respondent. LILLIAN ROBERTS, as Commissioner of Labor, Appellant. — Appeal from a decision of the Unemployment Insurance Appeal Board, filed September 14, 1983, which granted the Commissioner of Labor's application to reopen and, upon reconsideration, adhered to its November 5, 1982 decision ruling that claimant was entitled to receive trade readjustment allowance benefits.

Decision affirmed, without costs (see *Matter of Walter [Roberts]*, 103 AD2d 265). Mahoney, P. J., Casey, Weiss, Levine and Harvey, JJ., concur.